✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____ Columbia _____

| | |
|---|---|
| Alexes Haggins | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Experian Information Solutions, et al. | CASE NUMBER: 1:24-cv-03004 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Experian Information Solutions, Inc.__ substitutes
(Party (s) Name)

__Victoria Brown__, State Bar No. __1779961__ as counsel of record in
(Name of New Attorney)

place of __Anika Smith__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jones Day
Address: 51 Louisiana Ave NW Washington, DC 20009
Telephone: (202) 879-4654     Facsimile (202) 626-1700
E-Mail (Optional): vbrown@jonesday.com

I consent to the above substitution.

Date: _____

DocuSigned by:
*Ann Sterling*
319A32F5B09044C...
(Signature of Party (s))

I consent to being substituted.

Date: 12/11/2024

Anika Smith     Digitally signed by Anika Smith
                Date: 2024.12.11 13:26:06 -05'00'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/11/2024

Victoria Brown    Digitally signed by Victoria Brown
                  Date: 2024.12.11 13:32:01 -05'00'

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**